UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-MJ-03119-TORRES

IN RE: SEALED
CRIMINAL COMPLAINT
_____/

## SEALING ORDER

THIS CAUSE is before the Court on the Government's Motion to Seal. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the following be SEALED until further Order, or until the arrest of any Defendant, whichever occurs first, with the exception of copies provided to law enforcement personnel, including foreign law enforcement for the purpose of international arrest and extradition:

1. Motion to Seal;

2. Criminal Complaint & Affidavit;

3. Arrest Warrants;

4. This Order.

DONE AND ORDERED at Miami, Florida, this 23 day of July, 2018.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Frank R. Maderal